# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Judith Ann Kimrey  
(full name)  (Register No).

Plaintiff(s).

Doug Gaston  
v. Tim Ceplina  
Parke Stevens  
Wanda Etchson  
(Full name)  
Doug Bell

Defendant(s).

Case No. 17-CV-3369

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
___ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Texas County Jail but Currently Released

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Judy Kimrey   Register No. _____
   Address P.O. Box 302
   Houston Mo 65483

B. Defendant Doug Gaston Circut Judge, Tim Ceplina Houston City Police Chief, Parke Stevens Texas County Prosecutor
   Is employed as Doug Bell Retired, Wanda Nurse at Texas County Jail

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:17-cv-03369-MDH   Document 1   Filed 11/21/17   Page 1 of 3

4. Have you received, within the past twelve (12) months, money from any of the following sources?

|  | Yes | No |
|---|---|---|
| Business, profession of form of self-employment? | | X |
| Rent payments, interest or dividends? | | X |
| Pensions, annuities or life insurance payments? | | X |
| Gifts or inheritances? | | X |
| Any other sources? | | X |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

_____
_____

5. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts during the last six (6) months.) Yes ___ No X

If the answer is "Yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison accounts during the last six (6) months.

_____
_____

6. Do you own real estate, stocks, bonds, notes, automobiles, jewelry or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No X

If the answer is "yes," describe the property and state its approximate value.

_____
_____

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I AM send A check for All filing fees
_____
_____
_____

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this 15-th day of November 20 17.

_____
Signature(s) of Plaintiff(s)

_____

_____